UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DIAS, | Case No. 1:24-cv-00354-KES-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE |
| v. | |
| WILLIAM AVILA, et al., | Doc. 15 |
| Defendants. | |

Plaintiff Sean Dias proceeds pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 7, 2024, the assigned magistrate judge issued findings and recommendations recommending granting defendants' motion to dismiss with leave to amend. Doc. 8. On January 6, 2025, the Court adopted in full the magistrate judge's recommendations, dismissed the complaint, and gave plaintiff thirty days to file an amended complaint. Doc. 14. Plaintiff did not file an amended complaint.

On March 4, 2025, the magistrate judge issued findings and recommendations recommending that this action be dismissed with prejudice for failure to prosecute and failure to comply with a court order. Doc. 15. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service.

*Id.* at 3-4.  Plaintiff did not file objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 4, 2025, Doc. 15, are ADOPTED IN FULL;
2. This matter is DISMISSED with prejudice for failure to prosecute and failure to comply with a court order; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __May 14, 2025__

_____
UNITED STATES DISTRICT JUDGE